(Rev. 10/2002) General Document

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: ~~Send us a Letter for each~~

- Morning Star (EFRAIN REYES KNOWLES)
- Dr. Peter James Kirk Romanov Aslanovich Phd Admiral Attorney At Law

Plaintiff(s)

v.

- Wellpath
- South Florida Evaluation and Treatment Center
- Department of Children and Family

Defendant(s)

FILED BY _____ D.C.
JUL 27 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## Unsafe Custody
(TITLE OF DOCUMENT)

I, _____ plaintiff or defendant, in the above styled cause,

① Wellpath Security doesent carrys a name tag we cant identifie or know their names.

② I Mr. Morning Star Have been beat up by pa/trends such as name James Brown, Tom Higenbare, Bryon (he has been discharge) Wellpath Security did not do nothing other than transferme to a Hospital Downtown, i have been forbided to use the phone cause i want to press charges, they have cameras, i am requsting video of incidents, i also reported an incident of a staff hiting me

Excesive use of force by staff

in the shower one were, cameras don't record, to the Department of Children and Families,
- DR. Rear admiral Peter James Ank Romanov adam duck
- I MR. Morning star witness wen James Brown patren and Bryer (Pischer) beat him up a morning in front of me, security is not putting them in the rooms or separating them from housing, he had big bumps on his head, bleed' ins the side of his head
Claim for Damages
$1,000,000.00 each
$100,000.00, per blow each

Were requesting an Attorney

**Certificate of Service**

XWC Truthfully _____, certify that on this date 18 of July _____ a true copy of the foregoing document was mailed to: _____ (as) _____

name(s) and address(es)

By: _____   Signature: _on_ John W Adamovich_ 18E7962 FL23456
Printed or typed name of Filer        Signature of Filer

Florida Bar Number                    E-mail address

Phone Number                          Facsimile Number

Street Address

City, State, Zip Code

Per Suit to Chapter 5,6,7,8 in the US Constitution I am Claiming Suit of Counsel damages against the people named in this Suit.

I am

Dir. Peter James Aink AKA Dr. Peter James Aink Romanow Adamovich

My grandfather is George Harper of The Daily Planet Newspaper AKA Detroit Free press and Detroit News

Also my Grandfather is George Curtis Cortez AKA George peoples Curtis

I am involved in a lawsuit against the Detroit News for putting me in harms way and they know about it here because the people her are involved in Illegal trafficing of white Slaves and they think that they can take over any place they go this is accomplishd by putting a tape in a video or voice recorder and playing it on TV or th radio.

It is pretty involved but what we are doing is we age Kicking at the Nigerian Slave Trader one at a time We have twenty two left to go. I have told them my grand fathers to get me out of here because they ar using me in the investigation and I have taken several beatins

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I.(a) **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II. **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

III. **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV. **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

V. **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statute.

VI. **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service.

VII. **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII. **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

DOD  1792098289  FF1720798

Dr. Peter James Anik Romanow
Admonish Rear Admiral com

1F79056235432 / AFR97205

Morning Star (EFRATU REYES KNOLES)
Commander Un, Peter James Sink Romanov Adamovic
18608 SW 376 Street
Florida City, FL 33034

United States District Court
Southern District of Florida
Office of the Clerk Room 8N09
400 North Miami Avenue
Miami FL 33128-7716

**USMS INSPECTED**     RECEIVED      JUL 27 2022 1:17 PM